Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendant
MARINWOOD COMMUNITY SERVICES DISTRICT

Gregg McLean Adam, Bar No. 203436
gregg@majlabor.com
D. Paul Bird II, Bar No. 202066
paul@majlabor.com
Tylor Dominguez, Bar No. 309302
Tylor@majlabor.com
MESSING ADAM & JASMINE LLP
Attorneys at Law
235 Montgomery Street, Suite 828
San Francisco, California 94104
Telephone: 415.266.1800
Facsimile: 415.266.1128

Attorneys for Plaintiffs

ROSS ANDERSON, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ROSS ANDERSON, et al. on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MARINWOOD COMMUNITY SERVICES DISTRICT,<br><br>Defendant. | Case No.: 3:16-cv-07381-LB<br><br>Complaint Filed: December 29, 2016<br><br>**[PROPOSED] ORDER ON APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE**<br><br>Trial Date:           October 22, 2018<br><br>[Filed concurrently with Joint Stipulation, Declaration of Gregg M. Adam, Declaration of Eric Dreikosen, and Declaration of Lisa S. Charbonneau] |

IT IS HEREBY ORDERED, based on the Parties' Joint Stipulation for Approval of Settlement and Dismissal with Prejudice, all other materials of record relevant to this matter, and for good cause shown:

1. The Settlement Agreement submitted to the Court as Exhibit A to the Declaration of Lisa S. Charbonneau is approved as a fair and just negotiated resolution of a bona fide dispute between the Parties in this case, and the Parties shall fully abide by and perform the Settlement Agreement in its entirety and in accordance with its terms;

2. The Court has made no findings or determinations regarding the law, and none of the materials or documents prepared or submitted in support of the Parties' Joint Stipulation shall constitute evidence of, or any admission of, any violation of law;

3. The Court reserves jurisdiction with respect to this Action for the purposes of enforcing the Settlement Agreement only;

4. Judgement is entered in this Action and the Action is dismissed WITH PREJUDICE.

IT IS SO ORDERED.

Dated: November 22, 2017          By: _____
                                       HONORABLE LAUREL BEELER
                                       UNITED STATES MAGISTRATE JUDGE